PJM: USAO#2020R00332
cjr:9-14-2020

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. GLR-20-0325 |
| | ) |
| SEDRIC TAVON CATCHINGS, | ) |
| | )   (Possession of a Firearm by a Felon, 18 |
| a/k/a "Sed," | )   U.S.C. § 922(g)(1); Forfeiture, 21 U.S.C. |
| | )   § 853; 28 U.S.C. § 2461(c); 18 U.S.C. |
| Defendant. | )   § 924(d)) |

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about April 1, 2020, in the District of Maryland, the Defendant,

**SEDRIC TAVON CATCHINGS, a/k/a "Sed,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a loaded Beretta Model 92F 9 mm firearm bearing serial number D25073Z, and the firearm was in and affecting interstate commerce. 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, in the event of the Defendant's conviction under Count 1 of this Indictment.

### Firearms Forfeiture

2. Pursuant to Title 18, United States Code, Section 924(d), upon conviction of the offense alleged in Count 1, the Defendant,

**SEDRIC TAVON CATCHINGS, a/k/a "Sed,"**

shall forfeit to the United States of America the firearm involved in the commission of the offense:

a. a Beretta Model 92F 9 mm firearm bearing serial number D23507Z; and

b. approximately 21 rounds of 9 mm ammunition.

21 U.S.C. § 853
18 U.S.C. § 924(d)
18 U.S.C. § 2461

Robert K. Hur/PJM
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

9-16-20
Date

REDACTED

Foreperson